UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-160-1BO2

UNITED STATES OF AMERICA,

v.

BOBBY LEE RAWLINGS

ORDER

It appearing to the Court that during the investigation of the above-captioned case, agents of the Bureau of Alcohol, Tobacco, and Firearm and the Goldsboro Police Department seized certain firearms and held such items for use as evidence during any trial in this matter, said firearms described as follows:

One .40 caliber Hi-Point pistol
One .380 caliber Cobra pistol

It further appearing to the Court that this case has been fully adjudicated, that the firearms were stolen from lawful owners and the aforementioned items are no longer needed as evidence.

Therefore, it is hereby ordered that the above described firearms be returned to their lawful owners.

This the 25 day of March, 2011.

TERRENCE W. BOYLE
United States District Judge