UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-160-1BO2

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| 5. | : |
| | : ORDER |
| BOBBY RAWLINGS, | : |
| Defendant. | : |

It appearing to the Court that during the investigation of the above-captioned case, agents of the Bureau of Alcohol, Tobacco, and Firearms and the Goldsboro Police Department seized cocaine, marijuana, and other evidence which was introduced during the trial in this matter, said evidence described as follows:

Exhibits 1-6, 1-16, 16A, 16B, 17-19, 22, 24, 25, 27-28, 30, 39-44, 46-48, 52-56, 60-74, 76-81, 83-91, 93-95, 98-100, 102, 104-105, 107-108, 113-115, 117-121.

It further appearing to the Court that this case has been fully adjudicated, and the aforementioned items are no longer needed as evidence.

Therefore, it is hereby ordered that the above described items be disposed of, or destroyed by agents of the Bureau of Alcohol, Tobacco, and Firearms and the Goldsboro Police Department, in accordance with regulations of the Bureau of Alcohol, Tobacco, and Firearms, and the Goldsboro Police Department.

This the 25 day of March, 2011.

*[signature: Terrence Boyle]*
TERRENCE W. BOYLE
United States District Court Judge