UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:06CR00160

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　Plaintiff, )<br>v. )<br> )<br>BOBBY LEE RAWLINGS, )<br>　　　　Defendant. ) | ORDER TO SEAL EXHIBIT |

This matter comes before the Court on the Government's Motion to Seal Exhibit A – Medical Records [D.E. 226] attached to Government's Response in Opposition to Defendant's Memorandum of Law [D.E. 225]. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit A – Medical Records [D.E. 226].

SO ORDERED this 18 day of August, 2025.

　　　　　　　　　　　　　　　J. Dever
　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　United States District Judge