IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CR-160-D

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BOBBY LEE RAWLINGS, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the government's response in opposition in section I.A.ii., I.B., I.C., I.D., and II, [D.E. 225] 18–30, the court DENIES defendant's motion for compassionate release [D.E. 213].

SO ORDERED. This 20 day of August, 2025.

JAMES C. DEVER III
United States District Judge